**TERRACES AT EAST FALLS**

v.

**EAST FALLS TERRACES, LLC**

**2076 CD 2015**

Commonwealth Court of Pennsylvania.

08/02/2017

Philadelphia County Civil Division, No.150501193

Affirmed

■

**MCCOURT, M**

v.

**WCAB (PATHMARK STORES INC)**

**1520 CD 2016**

Commonwealth Court of Pennsylvania.

08/02/2017

Workers' Compensation Appeal Board, A15–0835

Affirmed/Reversed/Remanded

■

**H.V.**

v.

**DHS (Sealed)**

**1573 CD 2016**

Commonwealth Court of Pennsylvania.

08/02/2017

Department of Human Services, Bureau, of Hearings and Appeals, BHA Dkt. No. 021–16–0204

Affirmed

■

**VASQUEZ, R.**

v.

**CITY OF READING & Fleming, T.**

**1770 CD 2016**

Commonwealth Court of Pennsylvania.

08/02/2017

Berks County Civil Division, 15–21304

Affirmed